# United States District Court

SOUTHERN DISTRICT OF McALLEN DIVISION

United States District Court
Southern District of Texas
**FILED**

OCT 22 2021

Nathan Ochsner, Clerk

UNITED STATES OF AMERICA
V.
Hector Fernando Zuniga-Meraz

## CRIMINAL COMPLAINT

Case Number: M-21-2233-M

IAE    YOB: 1998
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **October 20, 2021** in **Hidalgo** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

Hector Fernando Zuniga-Meraz did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, namely, the United States Border Patrol by intentionally and willfully stating that he is a minor, when in truth and fact he is an adult;

in violation of Title **18** United States Code, Section(s) **1001** (Felony).

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts:

Hector Fernando Zuniga-Meraz was encountered by Border Patrol Agents near Hidalgo, Texas, on October 20, 2021. The investigating agent established that the defendant was an undocumented alien who claimed to be a minor child under 18. The defendant was subsequently taken into custody and transported to the Rio Grande Valley Centralized Processing Center (RGVCPC) in McAllen, Texas, for processing. On October 20, 2021, at the RGVCPC, Border Patrol Intelligence Agents interviewed the defendant after they became suspicious he was using a fraudulent document to substantiate his claim to being a minor.

**DEFENDANT'S STATEMENT:**
On October 20, 2021, Hector Fernando Zuniga-Meraz was provided with a Miranda warning, acknowledged understanding his rights, and agreed to provide a statement without a lawyer present.

Hector Fernando Zuniga-Meraz departed Honduras a month ago and stated he entered the United States illegally by rafting across the river. Zuniga-Meraz does not possess any legal immigration documents to remain in the United States. Zuniga-Meraz freely admitted that his true and correct date of birth is March 25, 1998, and that he is 23 years old. Zuniga-Meraz further admitted that he is in possession of an altered document.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Complaint authorized by AUSA Angel Castro
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

October 22, 2021 at 7:07 a.m.

/S/ Shakira Singho
Signature of Complainant
Shakira Singho    Border Patrol Agent

J. Scott Hacker, U.S. Magistrate Judge
Name and Title of Judicial Officer
Signature of Judicial Officer